STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. HUGH HEDGESPETH, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Kenneth S. Javerbaum* for the petitioner.

*Mr. Joseph P. Lordi* and *Mr. Donald S. Coburn* for the respondent.

March 11, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. FRED HAYES, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Bruce Ira Goldstein* for the petitioner.

*Mr. Leo Kaplowitz* and *Mr. Arthur J. Timins* for the respondent.

March 11, 1969. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT,
v. HENRY WEBB, DEFENDANT-PETITIONER.

*Mr. Stanley C. Van Ness* and *Mr. Daniel R. Coburn* for the petitioner.

*Mr. John G. Thevos* and *Mr. Robert H. Altshuler* for the respondent.

March 11, 1969. Denied.